1  Kate Ides (SBN 274820)
       Kate.Ides@aecom.com
2  AECOM
   One California Plaza
3  300 South Grand Avenue
   Los Angeles, CA 90071
4  Tel.: 213.996.2424

5  Marisa Secco (Pro Hac Vice)
       msecco@velaw.com
6  Rafic Bittar (Pro Hac Vice)
       rbittar@velaw.com
7  VINSON & ELKINS L.L.P.
   2801 Via Fortuna, Suite 100
8  Austin, TX 78746
   Tel.: 512.542.8400
9  Fax:  512.542.8612

10 *Attorneys for Movant*
   *AECOM Technical Services, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SH 130 CONCESSION COMPANY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL TEXAS HIGHWAY CONSTRUCTORS, LLC, FERROVIAL, S.A., FERROVIAL AGROMAN, S.A., FERROVIAL HOLDING U.S. CORP., FERROVIAL U.S. CONSTRUCTION CORP., FERROVIAL AGROMAN U.S. CORP., CINTRA INFRASTRUCTURES, S.E., CINTRA HOLDING U.S. CORP., ZACHRY CORPORATION, ZACHRY CONSTRUCTION CORP., AND ZACHRY AMERICAN INFRASTRUCTURE, LLC.<br><br>Defendants. | Case No. 2:19-mc-00201 JAK-RAO<br><br>[Actions pending in the United States Bankruptcy Court of the Western District of Texas, Adversary Proceeding No. 18-01030-tmd; Lead Case No. 16-10262]<br><br>**UNOPPOSED APPLICATION FOR LEAVE TO FILE UNDER SEAL AECOM TECHNICAL SERVICES INC.'S UNREDACTED NOTICE OF MOTION AND MOTION TO QUASH ZACHRY'S NONPARTY SUBPOENAS** |

Pursuant to Local Rule 79-5.2.2, Movant AECOM Technical Services, Inc. ("AECOM") respectfully submits this Application for Leave to File Under Seal its Unredacted Notice of Motion and Motion to Quash Zachry's Nonparty Subpoenas ("Motion for Leave").[1]

## MEMORANDUM OF POINTS AND AUTHORITIES

AECOM submits this application for leave to file under seal in order to preserve the confidentiality of information derived from a pleading in a confidential arbitration in ICC Matter No. 23164/MK (the "SH 130 Arbitration").

AECOM seeks to seal only narrowly tailored portions of its Motion to Quash which refer to the confidential arbitration pleading. Courts in this Circuit have held information subject to the confidentiality restraints of arbitration should be protected from dissemination, particularly when the relevant applications to seal are unopposed. *See e.g., City of Tacoma v. Great Am. Ins. Companies*, No. C97-5504RJB, 2005 WL 8174121, at *2 (W.D. Wash. Mar. 24, 2005) ("the Arbitration Agreement included provisions that tightly controlled dissemination of documents related to the Arbitration process… [w]hile defendants should be permitted discovery of those confidential documents that are relevant to their defenses, the court should protect such information from disclosure that might adversely affect other [parties], and in the long run, undermine the success of alternate dispute mechanisms."); *see also Biller v. Toyota Motor Corp.*, No. CV 09-5429-GHK RZX, 2011 WL 1103630, at *1 (C.D. Cal. Mar. 17, 2011), aff'd, 668 F.3d 655 (9th Cir. 2012) (indicating that "records of the confidential arbitration proceedings have been lodged under seal."); *see also AGS, LLC v. Galaxy Gaming Inc.*, No. 2:14-CV-02018-JAD, 2015 WL 1522739, at *4 (D. Nev. Apr. 2, 2015) (granting defendant's motion to seal "portions of its reply…because the non-competition agreement…purportedly requires that the

---

[1] A redacted version of AECOM's Notice of Motion and Motion to Quash Zachry's Nonparty Subpoenas was filed with the Court on December 13, 2019 [Dkt. 1].

1

information at issue, which relates to arbitration, be held in confidence…[and] [b]ecause Plaintiffs do not oppose the instant motion, and Defendant already filed a redacted version of the documents at issue, the Court grants Defendant's request.").

This Court should grant this application because 1) the application only seeks to seal narrowly tailored portions of its Motion to Quash, 2) the information the application seeks to seal is subject to a confidential arbitration, disclosure of which might adversely affect the multiple parties of the arbitration, and 3) it is unopposed.

Accordingly, AECOM applies for leave to file under seal its Unredacted Notice of Motion and Motion to Quash Zachry's Nonparty Subpoenas, which contains unredacted references to the confidential arbitration pleading.

## **CONCLUSION**

AECOM respectfully requests an order permitting the filing of its Unredacted Notice of Motion and Motion to Quash Zachry's Nonparty Subpoenas under seal. A proposed order granting this motion is submitted herewith.

Dated: December 20, 2019.

Respectfully submitted,

By: /s/ *Kate Ides*
Kate Ides (SBN 274820)
   Kate.Ides@aecom.com
AECOM
One California Plaza
300 South Grand Avenue
Los Angeles, CA 90071
Tel.: 213.996.2424

Marisa Secco (Pro Hac Vice)
   msecco@velaw.com
Rafic Bittar (Pro Hac Vice)
   rbittar@velaw.com
VINSON & ELKINS L.L.P.
2801 Via Fortuna, Suite 100
Austin, TX 78746
Tel.: 512.542.8400
Fax:   512.542.8612

***Attorneys for AECOM Technical Services, Inc.***

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 79-5.2.2(a)(i)(2), Movant AECOM informs the Court that Defendants Zachry Construction Corp. and Zachry American Infrastructure, LLC (collectively, "Zachry") do not oppose this Application.

*/s/ Marisa Secco*
Marisa Secco

3

# CERTIFICATE OF SERVICE

The undersigned certifies that on December 20, 2019, 1) the foregoing document; 2) the Proposed Order Granting AECOM Technical Services, Inc.'s Unopposed Application for Leave to File Under Seal AECOM Technical Services Inc.'s Unredacted Notice of Motion and Motion to Quash Zachry's Nonparty Subpoenas; 3) the Declaration of Kate Ides in Support of AECOM Technical Services, Inc.'s Unopposed Application for Leave to File Under Seal AECOM Technical Services Inc.'s Unredacted Notice of Motion and Motion to Quash Zachry's Nonparty Subpoenas; and 4) AECOM Technical Services Inc.'s Unredacted Notice of Motion and Motion to Quash Zachry's Nonparty Subpoenas were served on Counsel for Zachry via email, which Counsel for Zachry has agreed to as means for service, as follows:

Paul D. Moak
Joshua J. Newcomer
Paul Williams
Kristin L. Leveille
MCKOOL SMITH, P.C.
600 Travis, Suite 7000
Houston, Texas 77002
Email: pmoak@mckoolsmith.com
Email: jnewcomer@mckoolsmith.com
Email: pwilliams@mckoolsmith.com
Email: kleveille@mckoolsmith.com

and

Robert Manley
Carson D. Young
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Email: rmanley@mckoolsmith.com
Email: cyoung@mckoolsmith.com
*Counsel for Zachry Industrial, Inc. and Zachry American Infrastructure, LLC*

*/s/ Marisa Secco*
Marisa Secco

5