1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SH 130 CONCESSION
COMPANY, LLC,

                Plaintiff,

     v.

CENTRAL TEXAS HIGHWAY
CONSTRUCTORS, LLC,
FERROVIAL, S.A.,
FERROVIAL AGROMAN, S.A.,
FERROVIAL HOLDING U.S.
CORP., FERROVIAL U.S.
CONSTRUCTION CORP.,
FERROVIAL AGROMAN U.S.
CORP., CINTRA
INFRASTRUCTURES, S.E.,
CINTRA HOLDING U.S. CORP.,
ZACHRY CORPORATION,
ZACHRY CONSTRUCTION
CORP., AND
ZACHRY AMERICAN
INFRASTRUCTURE, LLC.

                Defendants.

Case No. 2:19-mc-201-JAK (RAOx)

[Actions pending in the United States
Bankruptcy Court of the Western District
of Texas, Adversary Proceeding No. 18-
01030-tmd; Lead Case No. 16-10262]

**ORDER GRANTING AECOM
TECHNICAL SERVICES, INC.'S
UNOPPOSED APPLICATION FOR
LEAVE TO FILE UNDER SEAL
AECOM TECHNICAL SERVICES
INC.'S UNREDACTED NOTICE OF
MOTION AND MOTION TO
QUASH ZACHRY'S NONPARTY
SUBPOENAS**

1       Good cause and/or compelling reasons having been shown in Movant AECOM
2   Technical Services, Inc.'s Unopposed Application for Leave to File Under Seal
3   AECOM Technical Services Inc.'s Unredacted Notice of Motion and Motion to Quash
4   Zachry's Nonparty Subpoenas (the "Application to Seal"), the Court hereby GRANTS
5   Movant's Application to Seal.

6

7   **IT IS HEREBY ORDERED** that Movant will file under seal its Unredacted Notice
8   of Motion and Motion to Quash Zachry's Nonparty Subpoenas, pursuant to L.R. 79-
9   5.2.2(c).

10

11   Dated: <u>December 23, 2019</u>          _____/s/_____
12                                             Honorable Rozella A. Oliver
13                                             United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1