# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SH 130 CONCESSION COMPANY, LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CENTRAL TEXAS HIGHWAY CONSTRUCTORS, LLC, et al.,<br><br>　　　　Defendants. | Case No.: 2:19-mc-201-JAK-RAO<br><br>**(**~~**PROPOSED**~~**) ORDER GRANTING *EX PARTE* APPLICATION OF DEFENDANT CTHC TO FILE UNDER SEAL PORTIONS OF ITS OPPOSITION TO PLAINTIFF'S MOTION TO QUASH CTHC'S NONPARTY SUBPOENA AND EXHIBITS THERETO**<br><br>Judge: Hon. Rozella A. Oliver |

(~~PROPOSED~~) ORDER GRANTING DEFENDANT'S APPLICATION TO FILE UNDER SEAL

The Court, having considered the Application of Defendant Central Texas Highway Constructors, LLC ("Defendant") for leave to File Certain Portions of its Opposition to Movant AECOM Technical Services, Inc.'s ("Movant") Motion to Quash Defendant's Nonparty Subpoena and accompanying documents thereto, issues the following Order.

IT IS HEREBY ORDERED that pursuant to Local Rule 79-5.2.2(c), Plaintiffs shall file the following documents and exhibits under seal:

| Document | Portions to Be Filed Under Seal |
| --- | --- |
| CTHC's Response in Opposition to AECOM's Motion to Quash | Highlighted Portions |
| Exhibits C, D, F, G, H, I, J, K, L, N, and O. | Entire Exhibits |

**IT IS SO ORDERED.**

DATED: December 22, 2020

*Rozella A. Oliver*

Honorable Rozella A. Oliver
UNITED STATES MAGISTRATE JUDGE